IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-cv-20255

MAURICIO CARDERO, on behalf of
himself and all others similarly situated,

        Plaintiff,

vs.

ASSET RECOVERY BUREAU, LLC

        Defendant.
_____/

**DEFENDANT ASSET RECOVERY BUREARU, LLC'S**
**NOTICE OF REMOVAL**

Defendant Asset Recovery Bureau, LLC ("Defendant"), by filing this Notice of Removal and related papers, hereby removes this above-entitled action from the County Court in and for Miami-Dade County, Florida, Case No. 2022-023094-CA-01, to the United States District Court for the Southern District of Florida, Miami Division pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

In support of this Notice of Removal, Defendant asserts the following:

1. On or about December 7, 2022, Plaintiff Mauricio Cardero ("Plaintiff") filed a Complaint in the County Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2022-023094-CA-01.

2. On or about December 27, 2022, Defendant was served with the Complaint.

3. At all times relevant hereto, Plaintiff asserts that he is a citizen of the State of Florida.

4. Defendant is a Limited Liability Company with a principal place of business in the State of New York.

5. Defendant desires to exercise its right to remove the state court action under 28 U.S.C. § 1441(a), which provides in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. Plaintiff's Complaint alleges that Defendant violated, *inter alia*, the Fair Debt Collection Practices Act (the "FDCPA") codified at 15 U.S.C. § 1692, *et seq.*

7. Given the allegation in the Complaint that Defendant violated the FDCPA, this Court has subject matter jurisdiction, pursuant to 28 U.S.C. § 1331, over the allegations in the Complaint.

8. Thus, the Miami-Dade County action may be removed to this Court by Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because this is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Florida and because Plaintiff alleges violations of the FDCPA.

9. Notice of Removal is being filed within 30 days after service of the Complaint upon Defendant and is thus timely as set forth in 28 U.S.C. § 1446(d).

10. Pursuant to 28 U.S.C. § 1441(a), venue is proper because Miami-Dade County lies within the Southern District of Florida.

11. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint served on Defendant is attached hereto as **Exhibit A**.

12. A civil cover sheet is attached hereto as **Exhibit B**.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is contemporaneously being filed with the County Court in and for Miami-Dade County, Florida and served on Plaintiff's counsel. By serving a copy of this Notice of Removal upon Plaintiff's counsel, Defendant is giving Plaintiff proper notice of this removal.

14. Defendant reserves the right to amend or supplement this Notice of Removal and further reserves the right to raise all defenses or objections.

Dated: January 23, 2023

**LIPPES MATHIAS LLP**

/s Alessandro A. Apolito
Alessandro A. Apolito, Esq.
FBN: 0084864
Attorneys for Defendant
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville, FL 32256
T: 904-660-0020
F: 904-660-0029
E: aapolito@lippes.com