# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Mauricio Cardero, on behalf of himself and others similarly situated, | **Civil Action No.: 1:23-cv-20255-RNS** |
| Plaintiff, | |
| v. | |
| Asset Recovery Bureau LLC, | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Mauricio Cardero ("Plaintiff") and Asset Recovery Bureau LLC ("Defendant") notify the Court that they have reached an agreement in principle to settle this matter on an individual basis. The Parties respectfully request that the Court vacate all pending deadlines and allow them 30 days within which to memorialize the terms of their settlement and to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2

Dated this 17th day of April 2023

*/s/ James L. Davidson*
James L. Davidson
Florida Bar No. 723371
Jesse S. Johnson
Florida Bar No. 69154
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Counsel for Plaintiff

**LIPPES MATHIAS LLP**

/s *Alessandro A. Apolito*
Alessandro A. Apolito, Esq.
FBN: 0084864
Attorneys for Defendant
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville, FL 32256
T: (904) 660-0020
F: (904) 660-0029
E: aapolito@lippes.com

Counsel for Defendant