United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mauricio Cardero, on behalf of himself and all others similarly situated, Plaintiffs,<br><br>v.<br><br>Asset Recovery Bureau, LLC, Defendant. | Civil Action No. 23-20255-Civ-Scola |

### Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. of Dismissal, ECF No. 15.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on May 25, 2023.

_____
Robert N. Scola, Jr.
United States District Judge